Ross Wayne Jackson Jr.,
#1989547 Plaintiff

§ Civil Action #
§ 4:24-cv-01478
§
V.
§
§
§ Amicus Brief
§
Bryan Collier s, et al
§
Defendant

United States Courts
Southern District of Texas
FILED

JUN 25 2024

Nathan Ochsner, Clerk of Court

To Honorable Court;

I never filed a informa Paupris with this court, I only have 3 strikes, and sanctions because Somebody told the clerks to keep me out of court, To run out the statute of limintations of him filing on his criminal case. The State Federal employee's are working to keep him out of the court in violation of Section 1985, 1986, as well as Section 241, 242. They are violating Federal law. Just ask your deputy clerk.

This court needs to do a Judicial review on the complaint 5 U.S.C. §702 in which the complaint is # with H-21-1304. It's a supplemented or Amended complaint for H-21-1304. Please send the complaint to the Right case # as noted on the complaint.

Respectfully Submitted,
Ross Jackson #1989547
3001 S. Emily Dr.

Judge,        6-20-24

I did not file what the Clerks were saying I did. The Deputy Clerks and the other Clerks are being told to keep me out of the Court, why, because the State told their boss's, and the Federal boss's told them too.

The reason is to run the Statute of limitations out on my criminal case, so I can't get relief in my case. I could have found relief in 2020, but the Clerks where working against me. Just ask Nathan Oschners your deputy clerk. This is a violation of Section 1985, 1986 Claim. It's also a violation of my rights of the accused in the Courts.

What they did in the case H-21-1304 that you over seen is not file my supplemental complaint after I filed 3. They just let the case die on it's own.

Then when recently I filed a motion for reinstatement as you told me, and a supplemental complaint I sent a motion to Amend Complaint, New complaint (which the Clerk filed a new case) (see 4:24-CV-01478) when it says Supplemental Complaint on it and the civil # 4-21-1304, the Clerks continue to divert any merits I have on my case for the State. Under 5 U.S.C. §702 I have a Right to review.

[signature]

Also the fact their not telling you that im legally disabled under Americans with Disabilites Act. I do have a right to help in the Courts According to title II A.D.A. State and Local Government Activities, See 42 U.S.C. §§ 12101, 29 USC § 794.

This is coming from Disability Rights Texas. They are also willing to help Prepare a Statement To the U.S. Department of Justice Civil Rights Division Disability Rights.

I have been in Special education all my life, It's not new. My Mom and wife took care of me.

So i will need Some Kind of legal advocate. I don't care if you charge TDCJ or the state because They are the cause of this. So im writeing to Make you aware the clerks have Stole $1420.00 out of my Account Knowing that i was never going to Succeed in the Courts. That's why they did not tell you i was disabled and make any favorable Case law or anything to help me. I'm Sure they if You ask the deputy Clerk won't lie to you. IF they do i can Provide other case's they did the Samething.

So i resent the Motion 56, motion to Amend, and please ask the clerk for the Complaint for this case that was sent to (4:24-cv-01478). Please see that i get my 1420.00 dollars back.

Since the State of Texas and the Federal employee's conspired against Plaintiff He requests a settlement for both.

State
1) 100,000
2) Released from TDCJ Now.
3) Cleared criminal record.
4) All registration off me.

Remedy

Federal employees
1) 100,000
2) All strikes, and sanctions off me.
3) Never have to pay a filing fee.

Because of these action's the Federal Employee's have cost Plaintiff 4 more years in Prison. They tampered with his 2254 writ the same way. Had all these allegations been brought to the Court the right way the Plaintiff would have been freed.

The State and Federal employees Should not have Conspired. IF you have to look at the complaints filed on your deputy clerk, and all the clerk in this case im Sure you will find the same complaint, because the state and Federal employee target, Stalk, these type's of criminal case's to Discriminate against them.

Roy Jackson #1589527

Roo Jackson #1984547
3001 S. Emily Dr.
Beeville, TX 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
21 JUN 2024 PM 3 L

JUN 25 2024
Nathan Ochsner, Clerk of Court

District Court Clerks and
Honorable Judge David Hittner
P.O. Box 61010
Houston, TX 77802